Calvin Lyndale GADDY,
Plaintiff–Appellant,

v.

The SOUTH CAROLINA DISTRICT COURTS, For recusal/bias, For Bivens Action/Prejudices, Defendant–Appellee.

No. 14–6661.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 28, 2014.

Decided: Sept. 3, 2014.

Calvin Lyndale Gaddy, Appellant Pro Se.

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Calvin Lyndale Gaddy appeals the district court's orders adopting the magistrate judge's report and recommendation and dismissing his civil complaint, and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Gaddy v. S.C. Dist. Courts,* No. 8:13–cv–02387–JFA (D.S.C. Mar. 18, 2014; Apr. 28, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*